## Gary W. COOK and Michael A. Cook, Respondents,

v.

## William D. MCELWAIN and Sharon E. McElwain, Appellants.

### WD 78299

Missouri Court of Appeals, Western District.

ORDER FILED: December 15, 2015

Joshua P. Jones, Osceola, MO, Attorney for Respondents.

William N. Marshall III, Kansas City, MO, Attorney for Appellants.

Before Division II: Mark D. Pfeiffer, Presiding Judge, and Lisa White Hardwick and James Edward Welsh, Judges

### Order

Per Curiam:

William D. McElwain and Sharon E. McElwain appeal from the Judgment of the Probate Division of the Circuit Court of Bates County, Missouri, issuing a permanent injunction against the performance of a farm lease agreement. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).